# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DUSTY STEELE NIELSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK COUNTY JAIL, CLARK COUNTY SHERIFF'S OFFICE,<br><br>    Defendants. | CASE NO. 3:16-CV-05822-RBL-DWC<br><br>ORDER TO FILE COMPLAINT |

Plaintiff Dusty Steele Nielsen, who is proceeding *pro se*, filed a Motion for Leave to Proceed *In Forma Pauperis* ("Motion") on September 26, 2016. Dkt. 1. Plaintiff did not file a complaint with his Motion. *See* Dkt. 1. The Clerk of Court instructed Plaintiff to file a complaint on the proper complaint form by October 27, 2016. Dkt. 2.[1] As of the date of this Order, Plaintiff has failed to submit a complaint.

The Court orders Plaintiff to submit a complaint by December 1, 2016. If Plaintiff fails to comply with this Order, the Court will recommend this case be dismissed.

---

[1] The Clerk of Court provided Plaintiff with a complaint form. *See* Dkt. 2.

The Clerk is directed to send a second complaint form and a copy of this Order to Plaintiff.

Dated this 1st day of November, 2016.

David W. Christel
United States Magistrate Judge